UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:14-CR-41-7FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SEAL |
| DAVID MCLAUGHLIN, ) | |
| ) | |
| Defendant. ) | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 460 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the ___3rd___ day of ___April___, 2015.

_____
Louise W. Flanagan
U.S. District Judge